**\*E-Filed 11/5/10\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUDITH REIMANN and MICHAEL DaRONCO, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ERICA L. BRACHFELD, THE BRACHFELD LAW GROUP, P.C., MIDLAND FUNDING, LLC, MIDLAND CREDIT MANAGEMENT, LLC, and MIDLAND FUNDING NCC-2 CORP. and DOES 1-100, inclusive,<br><br>　　　　Defendants.<br>_____/ | No. C 10-04156 RS<br><br>**ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO CHANGE TIME ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** |

Plaintiffs Judith Reimann and Michael DaRonoco filed an administrative motion under Civil Local Rules 6-3 and 7-11 to change time on defendants' motion for judgment on the pleadings from its currently scheduled date of December 2, 2010. Having considered the plaintiffs' motion and defendants' opposition, the motion is denied.

　　　IT IS SO ORDERED.

Dated: 11/05/2010

　　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE